IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED

DON OBERLE,

        Plaintiff,

v.

JEAN WHITLEY,

        Defendant.

/

E-filing

No. C-07-04334 WHA

NOTICE OF FILING OF BANKRUPTCY APPEAL AND ORDER SETTING STATUS CONFERENCE

RE:

    Bankruptcy Case: 06-41515 J7
    Adversary No.: 06-4223 AJ
    BAP No.:
    Appellant:

The appeal has been assigned the following case number C-07-04334 WHA before the Honorable William H. Alsup.

Upon the completion by parties of the perfection of the record pursuant to BR 8006 and 8007, the Bankruptcy Court will transmit a copy of the record on appeal to this court for docketing and issuance of a briefing schedule.

This matter is calendared for status conference on 11/29/2007 in Ctrm 9, 19th Fl, SF.

This date will stand vacated upon the filing in this Court of the record on appeal, at which time a briefing schedule will issue.

Dated: Aug 22, 2007

                              For the Court
                              Richard W. Wieking, Clerk

By: Deputy Clerk

cc: USBC ✓
    Counsel of Record ✓