**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: November 29, 2007

Case No.  C 07-04334 WHA

Title: DON OBERLE  v.  WHITLEY

Plaintiff Attorneys: Duane Tucker

Defense Attorneys: n/a

Deputy Clerk:  Dawn Toland

Court Reporter: Joan Columbini

**PROCEEDINGS**

1)    Status re Bankruptcy Appeal - HELD

2)

Continued to  **12/6/07 at 11:00 am**   for Further Case Management Conference

Continued to    for Pretrial Conference

Continued to    for Trial

**ORDERED AFTER HEARING:**

Plaintiff shall go to the Clerk's Office and contact the Bankruptcy Court to find out what happen to the appeal record.  The record should be perfected by the hearing on 12/6/07.