**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: December 6, 2007

Case No.  C 07-04334 WHA

Title: WHITLEY v. DON OBERLE

Plaintiff Attorneys: Duane Tucker

Defense Attorneys: Joshua Brysk (specially)

Deputy Clerk:  Dawn Toland

Court Reporter: Sahar McVickar

**PROCEEDINGS**

1)   CMC - HELD

2)

Continued to **12/20/07 at 11:00am**   for Further CMC

Continued to __ for Pretrial Conference

Continued to __ for Trial

**ORDERED AFTER HEARING:**

Plaintiff advised the Court that the record has not been perfected. The Bankruptcy Court did not transmit the record because the transcript designated on appeal had not been paid for.  Plaintiff has made an expedited order the transcript, which will be ready in one week.

Defendant's counsel will file a motion to withdraw if Mr. Oberle does not make a request for substitution of counsel.

Court will set a briefing schedule for the bankruptcy appeal at the next hearing.