**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: December 20, 2007

Case No.  C 07-04334 WHA

Title: WHITLEY v. DON OBERLE

Plaintiff Attorneys: Duane Turner

Defense Attorneys: James Schwartz

Deputy Clerk:  Dawn Toland          Court Reporter: Joan Columbini

**PROCEEDINGS**

1)   Further CMC - HELD

2)

Continued to  3/6/08 at 8:00 am   for Motion

Continued to     for Pretrial Conference

Continued to     for Jury Trial

**ORDERED AFTER HEARING:**

The bankruptcy record has been perfected.  Plaintiff shall file its brief by 1/24/08, no longer than 12 pages; the opposition brief shall be filed by 2/14/08, no longer than 12 pages; and the reply brief shall be filed by 2/21/08, no longer than 5 pages.

By 12/28/07, defense counsel shall file an under seal declaration re motion to withdraw.  Meantime, Mr. Schwartz shall remain counsel of record.