James G. Schwartz, Esq. (SBN069371)
Joshua Brysk, Esq. (SBN184200)
Aaron R. Jackson, Esq. (SBN 233816)
Law Offices of James G. Schwartz
A Professional Corporation
7901 Stoneridge Drive, Suite 401
Pleasanton, CA  94588
Telephone: (925) 463-1073
Facsimile: (925) 463-2937
E-mail: jim@jgschwartz.com
E-mail: josh@jgschwartz.com
E-mail: aaron@jgschwartz.com

Attorneys for Plaintiff/Appellee
DON OBERLE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In Re:<br><br>DON OBERLE<br><br>       Debtor<br><br>_____<br><br>DON OBERLE<br><br>       Plaintiff/Appellee<br><br>    vs.<br><br>WHITLEY, et al.,<br><br>       Defendants/Appellants | Case No.: C-07-04334 WHA<br><br><br>CERTIFICATE OF SERVICE |

Law Offices of
JAMES G. SCHWARTZ
7901 Stoneridge Drive
Suite 401
Pleasanton, CA 94588
(925) 463-1073

CERTIFICATE OF SERVICE                    1                    Case No. C-07-04334 WHA

Oberle v. Whitleys, et al.

## CERTIFICATE OF SERVICE

I, the undersigned, am over the age of 18 and not a party to the above-entitled action. I am a citizen of the United States, employed in the County of Alameda, State of California. My business address is:

> 7901 Stoneridge Drive, Suite 401
> Pleasanton, CA 94588
> Facsimile: (925) 463-2937

On the date and from the location listed below, I caused the following document(s), the original of which was produced on recycled paper, to be served in the following manner:

**BRIEF FOR APPELLEE**

__X__ E-MAIL – By electronic mail or as follows:

**Through the Court's CM/ECF filing system under Local Rule 5.5(b).**

__X__ MAIL– By United States Mail at Pleasanton, California in an envelope with postage thereon fully prepaid or as follows:

**FIRST CLASS MAIL**

Service was directed to:

| Attorney for Defendants/Appellants:<br>Duane L. Tucker<br>Law Offices of Duane L. Tucker<br>27793 Tampa Avenue<br>Hayward, CA 94544<br>tucker@pacbell.net | Edward D. Jellen, Judge<br>U.S. Bankruptcy Court<br>1300 Clay Street<br>Oakland, CA 94612 |
| --- | --- |
| U.S. Bankruptcy Court<br>Northern District of California, Oakland<br>1300 Clay Street, Suite 300<br>P.O. Box 2070<br>Oakland, CA 94604 | U.S. Dept of Justice, Office of U.S. Trustee<br>1301 Clay Street<br>Site 690N<br>Oakland, CA 94612-5217 |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on February 14, 2008, at Pleasanton, California.

_____/s/_____

Elizabeth Nugent