IN THE

DISTRICT COURT OF THE UNITED STATES

NORTHERN DISTRICT OF CALIFORNIA

No. C-07-04334 WHA

| | |
|---|---|
| In re: | Adversary No. 06-4223 |
| | |
| | Bankruptcy No. 06-41515 J |
| DON OBERLE | |
| | Involuntary Chapter 7 |
| Debtor | |

DON OBERLE,

Plaintiff/Appellee

vs.

WHITLEY, et al.

Defendants/Appellants

APPEAL FROM THE

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND)

---

REPLY BRIEF FOR APPELLANT

---

DUANE L. TUCKER (State Bar No. 88199)
Law Offices of Duane L. Tucker
27793 Tampa Avenue
Hayward, CA 94544
Phone:  (510) 670-0668
Fax:     (510) 217-3657
tucker@pacbell.net

Attorney for Defendants/Appellants

## TABLE OF CONTENTS

Page

Table of Authorities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    i

Intention Misrepresentation to the Court. . . . . . . . . . . . . . . . . . . . . . . . . .    1

Notice to Michael Primus . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    2

Right to Participate in the default hearing . . . . . . . . . . . . . . . . . . . . . . . . .    3

Appelant was Prejudiced . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    3

Conclusion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    4

## TABLE OF AUTHORITIES

UNITED STATES SUPREME COURT CASES:

City of Riverside v. Rivera (1986) 477 US 561 . . . . . . . . . . . . . . . . . . . . . . . . . . .  3

Hensley v. Eckerhart (1983) 461 US 424 . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  3

UNITED STATES DISTRICT COURT CASES:

United States ex rel. Time equip, Rental & Sales, Inc. v. Harre
(8th Cir. 1993) 983 F2d 128 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  3

STATUTES:

Fed. R. Civ. P. 55(b)(2) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  3

# INTENTION MISREPRSENTATION TO THE COURT

## (Attorney Misconduct)

The Brief for Appellee filed by Joshua D. Brysk, Esq., opens with a representation in its first sentence that the Involuntary Bankruptcy Petition *was filed in bad faith* and ends with the same representation on the last page within the Conclusion. Attached hereto (Exhibit "A") for the convenience of the court is a print out of the Bankruptcy Court Pacer Report.

Mr. Brysk first made this wrongful representation to the bankruptcy court starting with his REQUEST FOR DEFAULT JUDGMENT (see Bankruptcy Court Pacer Docket #30, filed on July 3, 2007, paragraphs 1, 3, 5, 6, 7, and 8; attached hereto as Exhibit "B"). These misrepresentations were made before the July 19, 2007, Evidentiary Hearing.

The bad faith representation was brought to the attention of the bankruptcy court per the Declaration of Duane L. Tucker filed as an opposition to the proposed default judgment (see Bankruptcy Court Pacer Docket #28, filed on May 22, 2007, paragraphs 8-11; attached hereto as Exhibit "C").

Judge Jellen stated at the Evidentiary Hearing held on July 19, 2007 that this was a prove-up hearing and that the first issue was whether any of the petitioners joined in the petition in bad faith (see Transcript of July 19, 2007 hearing, page 3, lines 17-22). The court goes on to say that "And as far as bad faith, bad faith just wasn't at issue on the involuntary petition. There was no need to make a finding one way or the other" (see Transcript of July 19, 2007 hearing, page 4, lines 15-17). The court goes on to state "Well, there actually was no allegation. I looked for one. There wasn't even an allegation in the adversary proceeding. It was in the caption. But I would like argument and evidence on bad faith. At this point, there's no formal finding of bad faith. I'm not saying it wasn't present, and I am not saying it

1

1   was present. But I wanted a prove-up hearing to hear what's going on here." (see Transcript

2   of July 19, 2007 hearing, page 5, lines 2-8). The court concludes the hearing with "So I think

3   the question of whether this involuntary was filed in food faith or not really is not relevant,

4   because even if it was in bad faith, I don't think any damages have been proven and there's no

5   

6   grounds for punitive damages (see Transcript of July 19, 2007 hearing, page 30, lines 12-15).

7   The bankruptcy court has never made any finding nor ruled that the involuntary bankruptcy

8   was filed in bad faith.

9   

10          The intentional misrepresentation of bad faith to the appellant court was designed to

11  influence, chill and to mislead the court. This was done after the appellant court during an

12  earlier status conference instructed the attorneys not to include any mud slinging but to only

13  address the issues of cross examination within their briefs.   This is serious attorney

14  misconduct and should merit sanctions.

15                          **NOTICE TO MICHAEL PRIMUS**

16  

17          Appellee's attorney Joshua D. Brysk, Esq., must now be representing Michael Primus

18  for he now makes argument to the court on behalf of Michael Primus that Mr. Primus was

19  required to have notice of this appeal. It should be noted that Joshua D. Brysk, Esq., *only*

20  provided a courtesy copy of the notice to the July 19, 2007 Evidentiary Hearing. to Mr.

21  

22  Primus (see Bankruptcy Court Pacer Docket #29, filed on June 12, 2007, Certificate of

23  Service; attached hereto as Exhibit "D"). Mr. Primus has never submitted a fee application or

24  declaration for fees. The only documents concerning attorney fees for Mr. Primus are the

25  DECLARATION OF DON OBERLE IN SUPPORT OF DEFAULT JUDGMENT (see

26  Bankruptcy Court Pacer Docket #29, filed on June 12, 2007, declaration of Don Oberle;

27  

28  attached hereto as Exhibit "E") and Exhibit "D" to Brief for Appellant which appears to be a

2

APPELLANT'S BRIEF                    No. C-07-04334 WHA

credit card summary showing that Mr. Primus has already been paid by Appellee. Mr. Primus has already received his money and that is why he did not submit a fee application. Again, Joshua D. Brysk, Esq. is attempting to fool the court. It should also be noted that the bankruptcy court did not notify Mr. Primus of the appeal notice (see Bankruptcy Court Pacer Docket #37, filed on August 13, 2007, transaction record; attached hereto as Exhibit "F").

### RIGHT TO PARTICIPATE IN THE DEFAULT HEARING

It is agreed by both Appellant and Appellee that Fed. R. Civ. P. 55(b)(2) governed the July 19, 2007 Evidentiary Hearing. However, Appellee's argument is in error. Appellant although in default had appeared in the matter and had the right to notice of the prove-up hearing so that they may appear and defend itself during the hearing on damages, if any. (United States ex rel. Time equip, Rental & Sales, Inc. v. Harre (8th Cir. 1993) 983 F2d 128, 130).

### APPELANT WAS PREJUDICED
### BY THE DENIAL OF CROSS-EXAMINATION

In determining "reasonable" attorney fees the Federal courts follow a similar but not identical lodestar method to that used in California. See Hensley v. Eckerhart (1983) 461 US 424, 433; City of Riverside v. Rivera (1986) 477 US 561. The courts have given the name "lodestar" to the product of hours reasonable worked multiplied by a reasonable hourly rate.

Without cross-examination a record could not be established to show what legal work, hours and rate, Mr. Primus performed for Appellee concerning the bankruptcy. The court had no records from Mr. Primus himself.

3

# CONCLUSION

The appeal should be granted and the award of attorney fees disallowed because not proven.

Dated: February 21, 2008

Attorney for Defendants/Appellants

APPELLANT'S BRIEF                    No. C-07-04334 WHA

4

*A*

# U.S. Bankruptcy Court
## Northern District of California (Oakland)
### Adversary Proceeding #: 06-04223

*Assigned to:* Judge Edward D. Jellen
*Related BK Case:* 06-41515
*Related BK Title:* Don Oberle
*Related BK Chapter:* 7
*Demand:*
*Nature[s] of Suit:* 498 Other Action. Not Related

*Date Filed:* 09/28/06

**Plaintiff**

--------------------

**Don Oberle**
89 Oak Rd.
Orinda, CA 94563
SSN: xxx-xx-0000

represented by **Joshua D. Brysk**
Law Offices of James G. Schwartz
7901 Stoneridge Dr. #401
Pleasanton, CA 94588
(925) 463-1073
Fax : (925) 463-2937
Email: josh@jgschwartz.com
*LEAD ATTORNEY*

V.

**Defendant**

--------------------

**Jean Whitley**
132 Colonels Creek Dr.
Ridgeway, SC 29130

represented by **Duane L. Tucker**
Law Offices of Duane L. Tucker
27793 Tampa Ave.
Hayward, CA 94544
(510) 670-0668
Email: tucker@pacbell.net

**William Whitley**
132 Colonels Creek Dr.
Ridgeway, SC 29130

represented by **Duane L. Tucker**
(See above for address)

**John Brosnan**
3321 Vincent Road
Pleasant Hill, CA 94523

represented by **Duane L. Tucker**
(See above for address)

| Filing Date | # | Docket Text |
|---|---|---|
| 09/28/2006 | <u>1</u> | Adversary case 06-04223. 498 (Other Action. Not Related). Complaint by Don Oberle against Jean Whitley, William Whitley, John Brosnan. Fee Amount $250. (Attachments: # 1 AP Cover Sheet # 2 Summons to be Issued to be issued) (Brysk, Joshua) Modified on 9/29/2006 **ERROR** INCORRECT SUMMONS USED (OUTDATED). PLEASE GO TO COURTS WEB SITE |

| | | TO GET (UPDATED) SUMMONS. CORRECTION REQUIRED.(tl, ). (Entered: 09/28/2006) |
|---|---|---|
| 09/28/2006 | | Receipt of filing fee for Complaint(06-04223) [cmp,cmp] ( 250.00). Receipt number 3651357, amount $ 250.00 (U.S. Treasury) (Entered: 09/28/2006) |
| 10/02/2006 | 2 | Corrected Summons to be Issued on all defendants (RE: related document(s)1 Complaint, filed by Plaintiff Don Oberle). (Brysk, Joshua) (Entered: 10/02/2006) |
| 10/03/2006 | 3 | Summons Issued on John Brosnan Answer Due 11/2/2006; Jean Whitley Answer Due 11/2/2006; William Whitley Answer Due 11/2/2006. Status Conference to be held on 11/20/2006 at 10:00 AM at Oakland Room 215 - Jellen. (tl, ) (Entered: 10/03/2006) |
| 10/03/2006 | 4 | Order Regarding Initial Disclosures and Discovery Conference . (Attachments: # 1 Information Sheet# 2 Plaintiff Notice) (tl, ) (Entered: 10/03/2006) |
| 10/12/2006 | 5 | Summons Service Executed on John Brosnan 10/12/2006; Jean Whitley 10/12/2006; William Whitley 10/12/2006 . (Brysk, Joshua) (Entered: 10/12/2006) |
| 11/02/2006 | 6 | Answer to Complaint Filed by Jean Whitley . (tl, ) (Entered: 11/03/2006) |
| 11/02/2006 | 7 | Answer to Complaint Filed by William Whitley . (tl, ) (Entered: 11/03/2006) |
| 11/06/2006 | 8 | Proposed Request for Entry of Default Re: *John Brosnan* Filed by Plaintiff Don Oberle (Attachments: # 1 Declaration # 2 Certificate of Service) (Brysk, Joshua) (Entered: 11/06/2006) |
| 11/17/2006 | | Hearing Continued to 11/30/2006 at 3:00 P.M. MINUTES: (NO HEARING) HEARING HAS BEEN MOVED TO 11/30/2006 AT 3:00 P.M. TO BE HEARD WITH THE MAIN CASE CURRENTLY SET WITH RELATED MATTERS FOR HEARING. (RE: related document(s)3 Summons Issued on John Brosnan Answer Due 11/2/2006; Jean Whitley Answer Due 11/2/2006; William Whitley Answer Due 11/2/2006. (tl, ), 1 Adversary case 06-04223. 498 (Other Action. Not Related). Complaint by Don Oberle against Jean Whitley, William Whitley, John Brosnan. Fee Amount $250. (Attachments: # (1) AP Cover Sheet # (2) Summons to be Issued to be issued) (Brysk, Joshua) Modified on 9/29/2006 **ERROR** INCORRECT SUMMONS USED (OUTDATED). PLEASE GO TO COURTS WEB SITE TO GET (UPDATED) SUMMONS. CORRECTION REQUIRED.(tl, ).). Status Conference to be held on 11/30/2006 at 3:00 PM Oakland Room 215 - Jellen for 3, (rba, ) (Entered: 11/17/2006) |
| 11/17/2006 | 9 | Clerk's Entry of Default as to Defendant John Brosnan . (tl, ) (Entered: 11/17/2006) |
| 11/19/2006 | 10 | BNC Certificate of Mailing - Electronic Order (RE: related document(s)9 |

| | | |
|---|---|---|
| | | Clerk's Entry of Default). Service Date 11/19/2006. (Admin.) (Entered: 11/19/2006) |
| 11/20/2006 | 11 | Declaration of Joshua D. Brysk in Support of *Motion to Dismiss Involuntary Chapter 7 in Lead Case* Filed by Plaintiff Don Oberle (Attachments: # 1 Exhibit A# 2 Certificate of Service) (Brysk, Joshua) (Entered: 11/20/2006) |
| 12/01/2006 | | Hearing Continued to 1/8/2007 at 11:00 A.M. AMENDED MINUTES: [HEARING OCCURED ON 11/30/2006. APPEARANCES: MICHAEL PRIMUS, FOR DEBTOR; JOSHUA BRYSK, FOR DEBTOR; JAMES SCHWARTZ, FOR DEBTOR; JOHN BROSNAN, PETITIONING CREDITOR; MICHAEL HEATH (TELEPHONIC), FOR SAMSARA OBERLE] THE DEFENDANTS HAVE UNTIL 12/10/2006 TO FILE AN ANSWER. CONTINUED STATUS CONFERENCE IS SCHEDULED FOR 1/8/2007 AT 11:00 A.M. MOTION CAN BE SET AND HEARD AT THE SAME HEARING DATE AND TIME. (RE: related document(s)1 Adversary case 06-04223. 498 (Other Action. Not Related). Complaint by Don Oberle against Jean Whitley, William Whitley, John Brosnan. Fee Amount $250. (Attachments: # (1) AP Cover Sheet # (2) Summons to be Issued to be issued) (Brysk, Joshua) Modified on 9/29/2006 **ERROR** INCORRECT SUMMONS USED (OUTDATED). PLEASE GO TO COURTS WEB SITE TO GET (UPDATED) SUMMONS. CORRECTION REQUIRED.(tl, )., 3 Summons Issued on John Brosnan Answer Due 11/2/2006; Jean Whitley Answer Due 11/2/2006; William Whitley Answer Due 11/2/2006. Status Conference to be held on 11/20/2006 at 10:00 AM at Oakland Room 215 - Jellen. (tl, )). Status Conference to be held on 1/8/2007 at 11:00 AM Oakland Room 215 - Jellen for 3, (rba, ) Modified on 12/4/2006 (rba, ). (Entered: 12/01/2006) |
| 12/06/2006 | 12 | Order After Status Conference. (RE: related document(s)11 Declaration filed by Plaintiff Don Oberle). (tl, ) (Entered: 12/06/2006) |
| 12/08/2006 | 13 | BNC Certificate of Mailing - Electronic Order (RE: related document(s)12 Order). Service Date 12/08/2006. (Admin.) (Entered: 12/08/2006) |
| 12/12/2006 | 14 | Answer to Complaint For Filing An Involuntary Case In Bad Faith Filed by John Brosnan . (tl, ) Modified on 12/19/2006 EDITED PARTY INFORMATION ONLY.(tl, ). (Entered: 12/12/2006) |
| 12/12/2006 | 15 | Request for Entry of Default Re: *Jean Whitley, William Whitley and John Brosnan* Filed by Plaintiff Don Oberle (Attachments: # 1 Declaration # 2 Certificate of Service) (Brysk, Joshua) (Entered: 12/12/2006) |
| 12/13/2006 | 16 | Clerk's Entry of Default as to Defendants John Brosnan , Jean Whitley , William Whitley . (tl, ) (Entered: 12/13/2006) |
| 12/15/2006 | 17 | BNC Certificate of Mailing - Electronic Order (RE: related document(s)16 Clerk's Entry of Default). Service Date 12/15/2006. (Admin.) (Entered: 12/15/2006) |
| | | |

| 01/08/2007 | 19 | Hearing Held on 1/8/2007 at 11:00 A.M. MINUTES: [APPEARANCES: JAMES SCHWARTZ, FOR PLAINTFF] MOTION TO STRIKE THE ANSWER HAS BEEN PRESENTED IN OPEN COURT. MOTION IS GRANTED. MR. SCHWARTZ WILL SUBMIT THE ORDER. PLAINTIFF HAS 60 DAYS TO FILE DECLARATION, BRIEF MEMORANDUM AND PROPOSED FORM OF JUDGMENT DUE BY 3/8/2007. (RE: related document(s)1 Adversary case 06-04223. 498 (Other Action. Not Related). Complaint by Don Oberle against Jean Whitley, William Whitley, John Brosnan. Fee Amount $250. (Attachments: # (1) AP Cover Sheet # (2) Summons to be Issued to be issued) (Brysk, Joshua) Modified on 9/29/2006 **ERROR** INCORRECT SUMMONS USED (OUTDATED). PLEASE GO TO COURTS WEB SITE TO GET (UPDATED) SUMMONS. CORRECTION REQUIRED.(tl, )., 3 Summons Issued on John Brosnan Answer Due 11/2/2006; Jean Whitley Answer Due 11/2/2006; William Whitley Answer Due 11/2/2006. Status Conference to be held on 11/20/2006 at 10:00 AM at Oakland Room 215 - Jellen. (tl, )). (rba, ) (Entered: 01/08/2007) |
| --- | --- | --- |
| 01/12/2007 | 20 | Order Striking Answer of John Brosnan (RE: related document(s)14 Answer to Complaint filed by Defendant John Brosnan). (jaw, ) (Entered: 01/12/2007) |
| 01/14/2007 | 21 | BNC Certificate of Mailing - Electronic Order (RE: related document(s)20 Order). Service Date 01/14/2007. (Admin.) (Entered: 01/14/2007) |
| 03/08/2007 | 22 | Supplemental Document *Request for Additional Time to File Judgment* in (RE: related document(s)20 Order). Filed by Plaintiff Don Oberle (Attachments: # 1 Certificate of Service) (Brysk, Joshua) (Entered: 03/08/2007) |
| 03/16/2007 | 23 | Order Re: Request For Additional Time To File Judgment. (RE: related document(s)22 Supplemental Document filed by Plaintiff Don Oberle). (tl, ) (Entered: 03/20/2007) |
| 03/22/2007 | 24 | BNC Certificate of Mailing - Electronic Order (RE: related document(s)23 Order). Service Date 03/22/2007. (Admin.) (Entered: 03/22/2007) |
| 04/19/2007 | 25 | Supplemental Document *Request for Further Additional Time to File Judgment* in (RE: related document(s)20 Order). Filed by Plaintiff Don Oberle (Attachments: # 1 Certificate of Service) (Brysk, Joshua) (Entered: 04/19/2007) |
| 04/30/2007 | 26 | Order Re: Request For Further Additional Time To File Judgment. (RE: related document(s)25 Supplemental Document filed by Plaintiff Don Oberle). (tl, ) (Entered: 05/01/2007) |
| 05/03/2007 | 27 | BNC Certificate of Mailing - Electronic Order (RE: related document(s)26 Order). Service Date 05/03/2007. (Admin.) (Entered: 05/03/2007) |
| 05/22/2007 | 28 | Request for Entry of Judgment: . Filed by Plaintiff Don Oberle (Attachments: # 1 Declaration of Don Oberle in Support of Default Judgment# 2 Certificate of Service) (Brysk, Joshua) (Entered: 05/22/2007) |
| 06/12/2007 | 29 | Notice Regarding *Evidentiary Hearing* (RE: related document(s)28 Request For |

| | | |
|---|---|---|
| | | Entry of Default Judgment filed by Plaintiff Don Oberle). Filed by Plaintiff Don Oberle. (Attachments: # 1 Exhibit A# 2 Certificate of Service) (Brysk, Joshua) Modified on 6/27/2007 **ERROR** INCORRECT DOCKET EVENT USED TO SHOW DATE AND TIME ON THE DOCKET.(tl, ). (Entered: 06/12/2007) |
| 06/27/2007 | | **ERROR** INCORRECT DOCKET EVENT USED TO SHOW DATE AND TIME ON THE DOCKET. CORRECTION REQUIRED. (RE: related document(s)29 Notice, ). (tl, ) (Entered: 06/27/2007) |
| 07/03/2007 | 30 | Brief/Memorandum in Opposition to *Requst for Entry of Default Judgment* (RE: related document(s)29 Notice, ). Filed by Defendants Jean Whitley, William Whitley (Tucker, Duane) (Entered: 07/03/2007) |
| 07/05/2007 | 31 | Defendant John Brosnan's Opposition to Plaintiff's Request For Default Judgement Supported By Declaration Of John Brosnan. (RE: related document (s)28 Request For Entry of Default Judgment). Filed by Defendant John Brosnan (tl, ) (Entered: 07/06/2007) |
| 07/20/2007 | 32 | Hearing Held. MINUTES: [HEARING OCCURRED on 7/19/2007 at 2:00 p.m. APPEARANCES: JOSHUA BRYSK, FOR PLAINTIFF; DUANE TUCKER, FOR DEFENDANTS; JOHN BROSNAN, DEFENDANT/PRO SE] EXHIBITS A, B, C and D MARKED FOR IDENTIFICATION. OBJECTION OVERRULED AS TO EXHIBITS C and D. EXHIBITS C and D ADMITTED INTO EVIDENCE. OBJECTION SUSTAINED AS TO EXHIBITS A and B. DON OBERLE HAS TESTIFIED AS WITNESS FOR PLAINTIFF. AS TO PUNITIVE DAMAGES: NO ACTUAL DAMAGES HAS BEEN PROVEN. AS TO REMAINING ISSUES FOR ATTORNEYS' FEES: MATTER TAKEN UNDER SUBMISSION. (RE: related document(s)28 Request for Entry of Judgment: . Filed by Plaintiff Don Oberle (Attachments: # (1) Declaration of Don Oberle in Support of Default Judgment# (2) Certificate of Service) (Brysk, Joshua), 29 Notice Regarding *Evidentiary Hearing* (RE: related document(s)28 Request For Entry of Default Judgment filed by Plaintiff Don Oberle). Filed by Plaintiff Don Oberle. (Attachments: # (1) Exhibit A# (2) Certificate of Service) (Brysk, Joshua) Modified on 6/27/2007 **ERROR** INCORRECT DOCKET EVENT USED TO SHOW DATE AND TIME ON THE DOCKET.(tl, ).). (rba, ) (Entered: 07/20/2007) |
| 08/03/2007 | 33 | Decision (RE: related document(s)1 Complaint filed by Plaintiff Don Oberle). (jaw, ) (Entered: 08/03/2007) |
| 08/03/2007 | 34 | Judgment for Plaintiff Don Oberle against Defendants Jean Whitley et al . (jaw, ) (Entered: 08/03/2007) |
| 08/05/2007 | 35 | BNC Certificate of Mailing - Electronic Order (RE: related document(s)33 Order). Service Date 08/05/2007. (Admin.) (Entered: 08/05/2007) |
| 08/05/2007 | 36 | BNC Certificate of Mailing - Electronic Order (RE: related document(s)34 Judgment). Service Date 08/05/2007. (Admin.) (Entered: 08/05/2007) |
| 08/13/2007 | 37 | Notice of Appeal to District Court *Northern District of California*, Fee Amount |

| | | |
|---|---|---|
| | | $ 255. (RE: related document(s)34 Judgment, 33 Order). Appellant Designation due by 8/23/2007. Transmission to District Court due by 9/12/2007. Filed by Defendants John Brosnan, Jean Whitley, William Whitley (Tucker, Duane) (Entered: 08/13/2007) |
| 08/13/2007 | 38 | Statement of Election to District Court, *Northern District of California* (RE: related document(s)37 Notice of Appeal, filed by Defendant Jean Whitley, Defendant William Whitley, Defendant John Brosnan). Filed by Defendants John Brosnan, Jean Whitley, William Whitley (Tucker, Duane) (Entered: 08/13/2007) |
| 08/13/2007 | | Receipt of filing fee for Notice of Appeal(06-04223) [appeal,ntcapl] ( 255.00). Receipt number 4526707, amount $ 255.00 (U.S. Treasury) (Entered: 08/13/2007) |
| 08/14/2007 | 39 | Transmittal on Appeal to District Court (RE: related document(s)37 Notice of Appeal filed by Defendant Jean Whitley, Defendant William Whitley, Defendant John Brosnan). (tl, ) (Entered: 08/14/2007) |
| 08/23/2007 | 40 | Appellant Designation of Contents For Inclusion in Record On Appeal (RE: related document(s)37 Notice of Appeal, filed by Defendant Jean Whitley, Defendant William Whitley, Defendant John Brosnan). Appellee designation due by 9/4/2007. Filed by Defendants John Brosnan, Jean Whitley, William Whitley (Tucker, Duane) (Entered: 08/24/2007) |
| 12/12/2007 | 41 | Transcript Re: Appeal *November 30, 2006 Hearing* (RE: related document(s)37 Notice of Appeal, ). (Rehling, Kathy) (Entered: 12/12/2007) |
| 12/12/2007 | 42 | Transcript Re: Appeal *July 19, 2007 Hearing* (RE: related document(s)37 Notice of Appeal, ). (Rehling, Kathy) (Entered: 12/12/2007) |
| 12/14/2007 | 43 | Certificate of Readiness Re: (RE: related document(s)37 Notice of Appeal filed by Defendant Jean Whitley, Defendant William Whitley, Defendant John Brosnan). (tl, ) (Entered: 12/14/2007) |
| 12/14/2007 | 44 | Transmittal of Letter on Appeal to District Court (RE: related document(s)37 Notice of Appeal filed by Defendant Jean Whitley, Defendant William Whitley, Defendant John Brosnan). (tl, ) (Entered: 12/14/2007) |

| PACER Service Center | | | | |
|---|---|---|---|---|
| **Transaction Receipt** | | | | |
| 02/21/2008 20:28:15 | | | | |
| **PACER Login:** | dt0910 | **Client Code:** | | |
| | | | 06-04223 Fil or Ent: filed From: | |

| Description: | Docket Report | Search Criteria: | 4/21/2006 To: 2/21/2008 Doc From: 0 Doc To: 99999999 Term: included Format: HTML |
|---|---|---|---|
| Billable Pages: | 4 | Cost: | 0.32 |



JAMES G. SCHWARTZ, ESQ.    ID# 069371
JOSHUA D. BRYSK, ESQ.   ID# 184200
Law Offices of James G. Schwartz
A Professional Corporation
7901 Stoneridge Drive, Suite 401
Pleasanton, CA 94588
(925) 463-1073
(925) 463-2937-Facsimile

Attorneys for Plaintiff
DON OBERLE

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re:                                  ) Case No.: 06-41515
                                        )
                                        ) Chapter 7
                                        )
DON OBERLE,                             )
                                        )
          Debtor.                       ) Adv. Proc. No.:  06-04223
                                        )
                                        )
_____)
                                        )
DON OBERLE,                             )
                                        )
          Plaintiff                     ) **REQUEST FOR DEFAULT JUDGMENT**
                                        )
vs.                                     )
                                        )
JEAN WHITLEY, WILLIAM WHITLEY           )
                                        )
and JOHN BROSNAN,                       )
                                        )
          Defendants.                   )
                                        )
                                        )

    1.    The default of Defendants JOHN BROSNAN, JEAN WHITLEY and WILLIAM
WHITLEY was entered by the Court. The Court has also found that the Involuntary Petition filed
against Don Oberle herein was filed in bad faith.

REQUEST FOR DEFAULT JUDGMENT                    -1-

2.     The underlying Petition herein was dismissed by the Court.

3.     As detailed in the Declaration in Support of Judgment filed by Plaintiff, Plaintiff has suffered damages as a result of the filing of the Petition by Defendants in bad faith.

4.     The Court has jurisdiction pursuant to Bankruptcy Code Section 303(i)(2) to award judgment and damages in favor of Plaintiff and Debtor, and against Defendants and Petitioners.

5.     Plaintiff has incurred necessary legal fees to Michael J. Primus in the amount of $7,480.00 in defending against the Petition filed in bad faith.

6.     Plaintiff has incurred necessary legal fees to the Law Offices of James G. Schwartz in the amount of $11,694.77 in filing and prosecuting the adversary proceeding herein to have the Petition filed in bad faith dismissed.

7.     Plaintiff has also suffered $238,000 damages proximately caused by the bad faith filing of the Petition herein.

8.     Plaintiff has thus suffered damages in the total amount of $307,488.77 proximately caused by the bad faith filing of the Petition by the Defendants herein.

Accordingly, judgment is requested against Defendants JOHN BROSNAN, JEAN WHITLEY and WILLIAM WHITLEY jointly and severally and in favor of Plaintiff DON OBERLE for damages in the sum of $307,488.77.

Dated this 22nd day of May 2007.

Law Offices of James G. Schwartz
A Professional Corporation

/s/ Joshua D. Brysk
JOSHUA D. BRYSK
Attorneys For Plaintiff

F:\Clients\Credit Line Financial\Don Oberle Bankruptcy\Pleadings\Default Judgment\Request for Default Judgment.doc    1314.0004

REQUEST FOR DEFAULT JUDGMENT    -2-



1  DUANE L. TUCKER (State Bar No. 88199)
   Law Offices of Duane L. Tucker
2  28027 Tampa Avenue
3  Hayward, California 95544
   (510) 670-0668
4
5  Attorney for Debtor

6

7                    UNITED STATES BANKRUPTCY COURT

8                    NORTERN DISTRICT OF CALIFORNIA

9                         OAKLAND DIVISION

10

11

12  In re:                           )   Case No.  06-41515
                                     )
13  DON OBERLE                       )   Chapter 7
                                     )
14              Debtor.,             )   Adv. Proc. No.: 06-04223
                                     )
15  _____ )
                                     )
16                                   )
    DON OBERLE,                      )   DEFENDANTS JEAN WHITLEY AND
17                                   )   WILLIAM WHITLEY OPPOSITION TO
                  Plaintiff          )   PLAINTIFF'S REQUEST FOR
18  vs.                              )   PROPOSED DEFAULT JUDGMENT
                                     )   SUPPORTED BY DECLARATION OF
19  JEAN WHITLEY, WILLIAM WHITLEY    )   DUANE L. TUCKER
20  And JOHN BROSNAN,                )
                                     )   Date:   July 19, 2007
21                Defendants.        )   Dept.:  215
22                                   )   Time:   2:00 p.m.
    _____ )

23

24       I, DUANE L. TUCKER, declare as follows:

25       1.       I am an attorney at law, duly licensed to practice before all courts in the State

26  of California.  I have just been retained to represent defendants Jean and William Whitley

27  herein.  As such, I have firsthand knowledge of the matters attested to herein and, if called to

28  testify, I would competently testify as hereinafter set forth.

2.      On the afternoon of July 3, 2007, I called plaintiff's attorney James G. Schwartz to request a continuance of this hearing since I had just been retained and he refused the request. This opposition is prepared after reviewing public records and a telephone conversion with Mr. Whitley.

3.      Defendants Jean and William Whitley, acting Pro Se, filed an Involuntary Chapter 7 Petition against plaintiff Don Oberle on August 31, 2006.

4.      On September 28, 2006, plaintiff Don Oberle filed this adversary case against defendants.

5.      On November 2, 2006, defendants Jean and William Whitley filed responses to the Oberle complaint. These letter responses recite the case number and declare the defendants denials and defenses and copies were supplied to plaintiffs counsel. See Exhibit "A" attached hereto.

6.      On November 30, 2006 the court held that these letters did not constitute answers and were given 10 days in order to file proper answers or defaults and default judgments may be entered against the defendants. The Whitley's were not present at the November 30, 2006 hearing.

7.      On November 30, 2006 the court dismissed the involuntary petition and followed up with a written decision on December 21, 2006. See Exhibit "B" attached hereto. The court dismissed the petition based on procedural mistakes by the pro se's.

8.      I have listened to the November 30, 2006 hearing of both the dismissal and the status conference. There is no mention of the word "bad faith". The court does not bring it up nor the attorneys. In addition it is not mentioned in the December 21, 2006 decision of the court. There is no finding of bad faith.

9.     The complaint filed by plaintiff under the pray for relief request the court to "Determine that the Petition should be dismissed under the provisions of 11 U.S.C. § 303" but does not request nor demand a finding of "bad faith".

10.     The moving papers herein "REQUEST FOR DEFAULT JUDGMENT" in error state six (6) times that the Court had found the Involuntary Petition filed in bad faith.

11.     11 U.S.C. § 303 (i) only allows the court to grant damages if the petition was filed in "bad faith."

12.     The declaration dated May 21, 2007, of plaintiff Don Oberle In Support of Default Judgment in paragraph states that "the filing of the Petition in bad faith resulted in the impairment of my ability to conduct business."

13.     On January 24, 2006, the People of the State of California filed a civil action against Don Oberle and his company based on it's business conduct.. Case No. CIVMSC06-00155 in Contra Costa County.  See Exhibit "C" attached hereto.

14.     Plaintiff's counsel herein also represents Don Oberle in the Contra Costa County matter and there is a Motion to Compel Answers to Form Interrogatories filed by the People of the State of California set for hearing on August 3, 2007 in Dept. 60 of Contra Costa County Superior Court.  See Exhibit "D' attached hereto.

15.     I am informed and believe that there is also a criminal matter about identify theft against Don Oberle, Case No. 127246-7 in Contra Costa County.  This action has been going on since atleast December 13, 2005.  See Exhibit "E" attached hereto.

16.     Since plaintiff has opened the door in his declaration about loss business I request that the court instruct Don Oberle to answer all questions about his business that are relevant on business losses.  It should be noted that the Contra Costa County's District

1   Attorney civil action and criminal matter go back to late 2005 and are part of the public

2   record.  If Don Oberle is going to stand on his Fifth Amendment rights he should be

3   instructed at the outset of this hearing to do so.

4        I declare under the penalty of perjury under the laws of the State of California that the

5   foregoing is true and correct.  Executed July 3, 2007, at Hayward, California.

6

7

8   Dated:  July 3, 2007

                                    /s/  Duane L. Tucker
9                                   Attorney for Defendants
                                    Jean and William Whitley
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



1  JAMES G. SCHWARTZ, ESQ. ID# 069371
   JOSHUA D. BRYSK, ESQ. ID# 184200
2  Law Offices of James G. Schwartz
   A Professional Corporation
3  7901 Stoneridge Drive, Suite 401
   Pleasanton, CA 94588
4  (925) 463-1073
   (925) 463-2937-Facsimile
5
   Attorneys for Plaintiff
6  DON OBERLE

7

8                    UNITED STATES BANKRUPTCY COURT

9           NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

10  In re:                          )  Case No.: 06-41515
                                    )
11     DON OBERLE,                  )  Chapter 7
                                    )
12           Debtor.                )
                                    )  Adv. Proc. No.:  06-04223
13  _____)
                                    )
14  DON OBERLE,                     )
                                    )
15           Plaintiff             )
                                    )
16  vs.                             )  **CERTIFICATE OF SERVICE**
                                    )
17  JEAN WHITLEY, WILLIAM WHITLEY   )
                                    )
18  and JOHN BROSNAN,               )
                                    )
19           Defendants.            )
                                    )
20  _____)

STATE OF CALIFORNIA, COUNTY OF ALAMEDA
21
        I am employed in the State of California, County of Alameda; I am over the age of eighteen
22  (18) and not a party to the within action.  My business address is 7901 Stoneridge Drive, Suite 401,
    Pleasanton, California 94588.
23
        On June 12, 2007, I served the documents described as:
24  -              **NOTICE OF EVIDENTIARY HEARING**
25  on the interested parties in this action by placing true copies thereof in a sealed envelope addressed as
    shown below:
26

| United States Trustee: | Defendant: |
|---|---|
| Office of the United States Trustee | John Brosnan |
| 1301 Clay Street, Suite 690N | 3321 Vincent Road |
| Oakland, CA 94612-5217 | Pleasant Hill, CA 94523 |

28

CERTIFICATE OF SERVICE                -1-

| **Defendant:**<br>Jean Whitley<br>132 Colonels Creek Dr.<br>Ridgeway, SC 29130 | **Defendant:**<br>William Whitley<br>132 Colonels Creek Dr.<br>Ridgeway, SC 29130 |
| --- | --- |
| **Special Notice:**<br>Michael Heath<br>Law Offices of Michael Heath<br>3251 Steiner Street<br>San Francisco, CA  94123 | **Courtesy Copy:**<br>Michael J. Primus, Esq.<br>500 Alfred Nobel Drive<br>Suite 135<br>Hercules, CA  94547 |

☐    **VIA HAND DELIVERY**
I caused said document(s) to be delivered to the above addresses.

☒    **BY MAIL**
☒ **REGULAR** ☐ **CERTIFIED** ☐ **RETURN RECEIPT REQUESTED**
As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Pleasanton, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐    **FACSIMILE**
I caused said document(s) to be transmitted via facsimile to the above facsimile number(s).

☐    **VIA UNITED PARCEL SERVICE / U.S. POSTAL SERVICE EXPRESS MAIL / FEDERAL EXPRESS**
I am "readily familiar" with the firm's practice of collection and processing of correspondence for shipment via United Parcel Service / U.S. Postal Service Express Mail / Federal Express.  Under that practice, it would be deposited with United Parcel Service / U.S. Postal Service Express Mail / Federal Express on that same day with postage thereon fully prepaid at Pleasanton, California, in the ordinary course of business.

☐    **FEDERAL**
I declare that I am employed in the office of a member of the bar of the Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Pleasanton, California on June 12, 2007.

/s/ Elizabeth Nugent_____
Elizabeth Nugent

F:\Clients\Credit Line Financial\Don Oberle Bankruptcy\Pleadings\Certificate of Service 06.12.07.doc          #1314.0004

CERTIFICATE OF SERVICE        -2-



1  JAMES G. SCHWARTZ, #069371
   JOSHUA D. BRYSK, #184200
2  LAW OFFICES OF JAMES G. SCHWARTZ
   A Professional Corporation
3  7901 Stoneridge Drive, Suite 401
   Pleasanton, CA  94588
4  (925) 463-1073

5  Attorneys for Plaintiff
6  DON OBERLE

7

8              UNITED STATES BANKRUPTCY COURT

9         NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

10

11  In re:                          )  Case No.: 06-41515
                                    )
12     DON OBERLE,                  )  Chapter 7
                                    )
13          Debtor.                 )
                                    )  Adv. Proc. No.:  06-04223
14  _____)
                                    )
15  DON OBERLE,                     )
                                    )
16          Plaintiff              )
                                    )  DECLARATION OF DON OBERLE IN
17  vs.                             )  SUPPORT OF DEFAULT JUDGMENT
                                    )
18  JEAN WHITLEY, WILLIAM WHITLEY   )
                                    )
19  and JOHN BROSNAN,               )
                                    )
20          Defendants.            )
                                    )
21

22      I, DON OBERLE, declare as follows:

23      1.    I am the Plaintiff herein, and the Debtor in the underlying Involuntary Bankruptcy Case

24  ("Petition") filed herein.  As such, I have firsthand knowledge of the matters attested to herein and, if

25  called to testify, I would competently testify as hereinafter set forth.

26      2.    I filed a complaint to dismiss the Petition herein as filed in bad faith.

27

28  DECLARATION IN SUPPORT OF DEFAULT JUDGMENT            1

3.      The Court has entered the default of Defendants JOHN BROSNAN, JEAN WHITLEY and WILLIAM WHITLEY.

4.      The filing of the Petition in bad faith by Defendants has caused me damage in the expenditure of legal fees, loss of reputation, harm to my credit rating, and business lost.

5.      In this matter, I have incurred necessary legal fees to Michael J. Primus in the amount of $7,480.00 in defending myself against the Petition filed in bad faith.

6.      In this matter, I have incurred necessary legal fees to the Law Offices of James G. Schwartz in the amount of $11,694.77 in filing and prosecuting the adversary proceeding herein to have the Petition filed in bad faith dismissed.

7.      In addition, the filing of the Petition in bad faith resulted in the impairment of my ability to conduct business. I am in the credit repair business, and the blemish caused on my own credit report by the bad faith filing of the bankruptcy Petition against me, caused two mortgage companies, Innovative Mortgage Solutions ("IMS") and Meridian Capital ("Meridian"), to refuse to refer their clients to my business for credit repair services.

8.      Prior to learning of the bankruptcy filing, IMS and Meridian each prepared a list of clients to be referred: the IMS list included 20 clients representing $50,314 in revenue for my business; the Meridian list included 100 clients representing $238,000 in revenue for my business.

9.      Due to the expenditure of legal fees and lost business incurred as a direct result of the bad faith Petition filing I have been damaged in a total of $307,488.77.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed May 21, 2007, at Concord, California.

DON OBERLE

F:\Clients\Credit Line Financial\Don Oberle Bankruptcy\Pleadings\Default Judgment\Declaration in Support of Default Judgment.doc1314.0004

DECLARATION IN SUPPORT OF DEFAULT JUDGMENT                    2



## File an Appeal:

<u>06-04223 Oberle v. Whitley et al</u>

Type: ap                Office: 4 (Oakland)          Lead Case: 06-41515
Judge: EDJ

## U.S. Bankruptcy Court

## Northern District of California

Notice of Electronic Filing

The following transaction was received from Tucker, Duane L. entered on 8/13/2007
at 3:06 PM PDT and filed on 8/13/2007
**Case Name:**        Oberle v. Whitley et al
**Case Number:**      <u>06-04223</u>
**Document Number:** <u>37</u>

**Docket Text:**
Notice of Appeal to District Court *Northern District of California*, Fee Amount $ 255.
(RE: related document(s)[34] Judgment, [33] Order). Appellant Designation due by
8/23/2007. Transmission to District Court due by 9/12/2007. Filed by Defendants
John Brosnan, Jean Whitley, William Whitley (Tucker, Duane)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Oberle-Whitley\Notice_of_Appeal[1].pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017961465 [Date=8/13/2007] [FileNumber=6554613-0
] [6d7b195f4a7e19fdc4b11385009550a2851c3bfd7c453294db2c5816e81a0007f76
cdfdfb1e02f683d95c9e9e1aa96b5223dd89129ceda69a1a81ea2f44b55d0]]

**06-04223 Notice will be electronically mailed to:**

Joshua D. Brysk     josh@jgschwartz.com, bella@jgschwartz.com

Duane L. Tucker     tucker@pacbell.net

**06-04223 Notice will not be electronically mailed to:**